McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Cheryl A. Grames
Nevada Bar No. 12752
  *cheryl.grames@mccormickbarstow.com*
Mandy Vogel
Nevada Bar No. 16150
  *mandy.vogel@mccormickbarstow.com*
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for AMERICAN ECONOMY
INSURANCE, LIBERTY MUTUAL
INSURANCE COMPANY, and SAFECO
INSURANCE

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MAHVASH AHMED, individually; and MUHAMMAD AYUB, individually,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN ECONOMY INSURANCE; and LIBERTY MUTUAL INSURANCE COMPANY, and SAFECO INSURANCE; and DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:25-cv-01414-JAD-DJA<br><br>**STIPULATION AND ORDER DISMISSING CASE**<br><br><br>ECF No. 12 |

IT IS HEREBY STIPULATED by Plaintiffs MAHVASH AHMED and MUHAMMAD AYUB, by and through their counsel of record, and Defendants AMERICAN ECONOMY INSURANCE, LIBERTY MUTUAL INSURANCE COMPANY and SAFECO INSURANCE, by

/ / /

/ / /

/ / /

and through their counsel of record that the above-entitled matter be dismissed with prejudice.  The parties to bear their own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated: February 20, 2026

LAW OFFICE OF JAMES J. REAM


By:    /s/James J. Ream
James J. Ream
Nevada Bar No. 3573
106 S. Jones Blvd.
Las Vegas, Nevada 89107
Phone: (702) 631-0031
Attorneys for Plaintiffs MAHVASH AHMED and MUHAMMAD AYUB

Dated: February 20, 2026

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP


By:        /s/Jonathan W. Carlson
Jonathan W. Carlson
Nevada Bar No. 10536
Cheryl A. Grames
Nevada Bar No. 12752
Mandy Vogel
Nevada Bar No. 16150
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Attorneys for Defendants AMERICAN ECONOMY INSURANCE, LIBERTY MUTUAL INSURANCE COMPANY and SAFECO INSURANCE

## ORDER

Based on the parties' stipulation [ECF No. 12] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.    The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: February 22, 2026

Submitted By:

MCCORMICK BARSTOW LLP


   /s/ Jonathan W. Carlson
Jonathan W. Carlson, Nevada Bar No. 10536
Cheryl A. Grames, Nevada Bar No. 12752
Mandy Vogel, Nevada Bar No. 16150
Attorneys for Defendants AMERICAN ECONOMY INSURANCE, LIBERTY MUTUAL INSURANCE COMPANY and SAFECO INSURANCE

12350480.1